# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| THE PULLMAN GROUP, LLC, | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) ) | Civil Action No.  22-9713 |
| v. | ) ) | |
| RUSSELL BAUKNIGHT, Personal Representative of the Estate of James Brown, et al., | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Russell Bauknight
Bauknight Pietras & Stormer, PC
1501 Main St., Suite 600
Columbia, SC 29201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Benjamin D. Battles
Adam Pollock
111 Broadway, Suite 1804
New York, NY 10006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  11/16/2022 _____  /S/ V. BRAHIMI _____

*Signature of Clerk or Deputy Clerk*