# POLLOCK | COHEN LLP

111 BROADWAY, SUITE 1804
NEW YORK, NY 10006
(212) 337-5361



CONTACT:
Adam Pollock
Adam@PollockCohen.com
(646) 290-7251

January 30, 2023

**VIA ECF**

The Honorable Katherine Polk Failla
U.S. District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

    Re:    *The Pullman Group v. Bauknight et al.* (No. 22-cv-9713)

Dear Judge Failla:

    We represent Plaintiff in the above-referenced action and write to request a brief adjournment of the pre-motion conference originally scheduled for February 3, 2023. There have been no previous requests for an adjournment. The reasons for the request is that I will be traveling on February 3. Defendants' counsel consents to the request for an adjournment.

    I have conferred with Defendants' counsel and all parties are available on the following dates: February 8; February 9; February 10 (before 4:00pm); February 13; February 14 (before 2:00pm); and February 15.

    Thank you for Your Honor's consideration in this matter.

Sincerely,

/s/ *Adam Pollock*

Adam Pollock

---

Application GRANTED. The telephonic conference currently scheduled for February 3, 2023 is hereby ADJOURNED to 10:30 a.m. on **February 8, 2023.**

The Clerk of Court is directed to terminate the motion at docket entry 36.

SO ORDERED.

Dated: January 30, 2023
       New York, New York

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE