UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PULLMAN GROUP,<br><br>                    Plaintiff,<br><br>              -v.-<br><br>RUSSELL BAUKNIGHT, *Personal Representative of the Estate of James Brown*, JAMES BROWN ENTERPRISES, INC., *and any successors and assigns*, JAMES BROWN, L.L.C., *and any successors and assigns*, PRIMARY WAVE MUSIC PUBLISHING LLC, SHOT TOWER CAPITAL LLC, and JOHN DOE CORPORATIONS 1-5,<br><br>                    Defendants. | 22 Civ. 9713 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On February 23, 2023, the Court ordered the parties to submit the briefing on Plaintiff's motion to disqualify John Rosenberg as counsel for Defendants by email to avoid exposing Mr. Rosenberg to information that could impact his ongoing participation in this case. (Dkt. #42). Notwithstanding that Order, Plaintiff filed its opening letter brief on the public docket, triggering a Notice of Electronic Filing to Mr. Rosenberg. (Dkt. #44). Shortly thereafter, Mr. Rosenberg emailed Chambers to advise the Court that he "immediately and permanently deleted the Notice [of Electronic Filing] … without reviewing or even opening the attachments." Around the same time, Plaintiff contacted court staff who temporarily restricted access to the filing. Given the prompt remedial steps taken by Plaintiff and Mr. Rosenberg's assurances, the Court does not believe that the public filing of Plaintiff's opening brief tainted the

pending motion. The Court expects that going forward, the parties will take greater care to ensure that their briefs are filed in accordance with the Court's Order.

    The Clerk of Court is directed to maintain docket entry 44 under seal, viewable only to the Court and Plaintiff.

    SO ORDERED.

Dated:  February 27, 2023
         New York, New York

                                      KATHERINE POLK FAILLA
                                   United States District Judge