UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Pullman Group, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Russell L. Bauknight, Personal Representative of the Estate of James Brown; James Brown Enterprises, Inc.; James Brown, LLC; Primary Wave Music Publishing LLC; Shot Tower Capital LLC; John Doe Corporations 1-5,<br><br>　　　　Defendants. | Case No. 1:22-cv-9713-KPF |

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff The Pullman Group, LLC, through its undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice.

Dated: June 4, 2023
　　　New York, New York

　　　　　　　　　　　　　　　　　　POLLOCK COHEN LLP

　　　　　　　　　　　　　　　　　　By:　/s/ *Adam Pollock*
　　　　　　　　　　　　　　　　　　　　Adam Pollock
　　　　　　　　　　　　　　　　　　　　111 Broadway, Suite 1804
　　　　　　　　　　　　　　　　　　　　New York, NY 10006
　　　　　　　　　　　　　　　　　　　　(212) 337-5361
　　　　　　　　　　　　　　　　　　　　Adam@pollockcohen.com
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*